# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JOHN LAPPE, <br> FIONA LAPPE, <br><br> *Plaintiffs*, <br><br> v. <br><br> AMERICAN ECONOMY <br> INSURANCE COMPANY, <br><br> *Defendant*. | § § § § § § § § § § § § § | <br><br><br><br><br><br> Civil Action No. 3:23-cv-01098-M <br><br><br><br><br><br> JURY |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs JOHN LAPPE and FIONA LAPPE and Defendant AMERICAN ECONOMY INSURANCE COMPANY, and hereby provide written notice to the Court that the parties have agreed to settle all matters in dispute with regard to this cause of action. The parties are in the process of finalizing the settlement and dismissal documents and should have them filed with the Court within the next thirty (30) days. The parties will submit a stipulation of dismissal for this case as soon as the settlement and release documents are fully negotiated and executed.

Respectfully submitted,

**THE CORONA LAW FIRM, PLLC**

By: /s/ *Jesse S. Corona*

Jesse S. Corona
Texas Bar No. 24082184
12807 Haynes Road, Bldg. E
Houston, Texas 77066
Telephone: 281-882-3531

Facsimile: 713-678-0613
Jesse@theCoronaLawfirm.com

**ATTORNEY FOR PLAINTIFF**

and,

**TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP**

By: /s/ *Kieran W. Leary*\*

Kieran W. Leary
Texas Bar No. 24108517
Orlando Vera, Jr.
Texas Bar No. 24100018
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
Telephone: 214-665-0100
Facsimile: 214-665-0199
kieranl@tbmmlaw.com
orlandov@tbmmlaw.com
*\*Signed by Permission*

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that on this the 27th day of November 2023, a true and correct copy of the foregoing document was served on all counsel of record, pursuant to the Federal Rules of Civil Procedure as follows:

Kieran W. Leary                     *Via Federal ECF*
Orlando Vera, Jr.
TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204

**ATTORNEYS FOR DEFENDANT**

By: /s/ *Jesse S. Corona*
     Jesse S. Corona