# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JOHN LAPPE, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:23-cv-01098-M |
| AMERICAN ECONOMY INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

## ORDER

The Joint Stipulation of Dismissal with Prejudice, which the Court treats as a Motion, is **GRANTED** and the case is **DISMISSED WITH PREJUDICE** with each party to bear his, her, or its own fees and costs. ECF No. 18.

**SO ORDERED**.

January 29, 2024.

_[signature: Barbara M. G. Lynn]_
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE